**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CASE NO: 10-60608**

IN RE:
**JERRY CHANDLER**
**TERESA CHANDLER**
DEBTOR(S)

**AMENDMENT TO SCHEDULES**

  Comes the Debtor(s) in person and makes application for leave to amend his schedules and states that through inadvertence and error she failed to list in her

 __X__ Schedules
 ____ Statements
 ____ Petitions
 ____ Mailing Matrix
 ____ Summary of Schedules
 ____ Statistical Summary

*the following information or items:*

*To amend Schedule F of the debtor's Petition in order to include the following creditors:*

| *Acct#/Creditor* | *Consideration for Claim* | *Amount* |
|---|---|---|
| People's Bank and Trust<br>P.O. Box 989<br>Hazard KY 41701 | Signature | 22307.00 |
| HSBC Retail Services<br>P.O. Box 4153-K<br>Carol Stream, IL 60197-4153 | Unsecured Debt | 3806.23 |

  We, Jerry & Teresa Chandler , the debtors named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

  Executed on 07-6-2010

/s/ Jerry Chandler_____       /s/ Teresa Chandler_____
Debtor                 Co-Debtor

**CERTIFICATE OF SERVICE**

  I certify that a true and accurate copy of this amendment has been served upon the Hon. Beverly Burden, Chapter 13 Trustee and US Trustee by electronically filing on this 6th day of July, 2010 and to the above listed creditors by US Mail on this the 6th day of July, 2010.

/s/ John Hansen
Attorney
