UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:
JERRY CHANDLER                                    CASE NO. 10-60608
TERESA CHANDLER
DEBTOR(S)

## MOTION TO MODIFY CHAPTER 13 PLAN AND TO SUSPEND PLAN PAYMENTS

Comes now Debtors, Jerry and Teresa Chandler, by and through counsel, and moves the Court to enter an Order modifying the confirmed Plan and to suspend plan payments for the last four months upon the following:

1. The Motion to Modify is due to financial set backs based on debtors' minor child suffering from an illness which resulted in the minor having to be hospitalized. This caused an unexpected increase in expenditures, traveling and loss of work for both debtors.

2. Debtors request their plan payments be suspended beginning with the October 2010 payment, and will resume payments in February 2011.

3. Debtors propose to make up for any arrearages by paying additional amounts for the last 18 months of their plan, herewith attached, as it would be disadvantageous to try to catch up the payments within 90 days.

4. Debtors hereby request the Court approve the amended plan.

WHEREFORE, the Debtors request the Court grant the above relief and any and all other relief to which the Debtors appear otherwise entitled.

Respectfully Submitted,

/s/ John Hansen
John Hansen
213 Lovern Street, Suite 2
Hazard, Ky 41701
(606)-439-6054

## NOTICE

Please take notice that, unless within 21 days of the date of service of this motion, a party file a response to the motion and a request for and notice of hearing on the response, an order may entered allowing the relief Debtor has requested.


/s/ John Hansen
John Hansen

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion to Modify Plan and Suspend Plan Payments was served upon the US Trustee and the Chapter 13 Trustee by e- filing on this the 28th day of January 2011 and to all creditors listed in the mailing matrix by US Mail on this the 28th day of January 2011.


/s/ John Hansen
John Hansen