**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 10-60608**

IN RE:
JERRY CHANDLER
TERESA CHANDLER
DEBTOR(S)

## AMENDMENT TO SCHEDULES

    Comes the Debtor(s) in person and makes application for leave to amend his schedules and states that through inadvertence and error she failed to list in her

__X__ Schedules
____ Statements
____ Petitions
____ Mailing Matrix
____ Summary of Schedules
____ Statistical Summary
____ Means Test
____ Other

*the following information or items:*

*To amend Schedule B of the debtor's Petition:*
    To amend Schedule B to remove "mule" referred to in document #21, as the mule is no longer in debtors' possession.

    We, Jerry & Teresa Chandler, the debtors named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

    Executed on   02-07-2010

/s/ Jerry Chandler                             /s/ Teresa Chandler
Debtor                                                    Co-Debtor

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of this amendment has been served upon the Hon. Beverly Burden, Chapter 13 Trustee and US Trustee by electronically filing on this 7th day of February, 2011 and to the above listed creditors by US Mail on this the 7th day of February, 2011.

                                                         /s/ John Hansen
                                                          Attorney